**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1014

VICTOR B. WHITE,

                Plaintiff - Appellant,

          v.

FNU TAYLOR; FNU MOSS; FNU SERGEANT; FNU SMITH; FNU PAULK;
FNU CHILDS; FNU TRIMMER,

                Defendants - Appellees,

          and

FNU SMEREKA; CITY OF CHARLOTTE, NORTH CAROLINA,

                Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:09-cv-00257-FDW-DCK)

Submitted:  February 22, 2010          Decided:  March 9, 2010

Before MICHAEL, GREGORY, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Victor B. White, Appellant Pro Se.  David John Adinolfi, II,
Special Deputy Attorney General, Raleigh, North Carolina; Sean
Francis Perrin, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC,
Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor B. White seeks to appeal the district court's text orders dismissing some, but not all defendants, and denying reconsideration in this civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders White seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED